**No. 10-6739. Ernest Miller, Petitioner v. California.**

562 U.S. 1057, 131 S. Ct. 662, 178 L. Ed. 2d 473, 2010 U.S. LEXIS 9054.

November 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of California dismissed. See Rule 39.8.

**No. 10M47. Christopher E. Washington, Petitioner v. Equifax Information Services LLC.**

562 U.S. 1058, 131 S. Ct. 683, 178 L. Ed. 2d 473, 2010 U.S. LEXIS 9275.

November 29, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 373 Fed. Appx. 633.

**No. 10M48. James C. Winding, Petitioner v. Ronald W. King, Superintendent, South Mississippi Correctional Institution.**

562 U.S. 1058, 131 S. Ct. 683, 178 L. Ed. 2d 473, 2010 U.S. LEXIS 9119.

November 29, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.